UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTINA E. LEE,

                Plaintiff,

    - against -

MLB ADVANCED MEDIA, L.P. ET AL.,

                Defendant.

21-cv-1719 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the teleconference held today, the plaintiff shall provide her phone number to the defendants and the defendants shall provide the operating manual for the dialing system to the plaintiff by June 15, 2021. The parties shall submit a status letter to the Court by June 18, 2021. The parties should provide a proposed protective order by June 15, 2021. The case is stayed pending the parties' status update.

SO ORDERED.

Dated:    New York, New York
          June 8, 2021

                        John G. Koeltl
               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/08/2021