UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KRISTINA E. LEE,
                Plaintiff,

                21 civ 1719 (JGK)

       -against-

MLB ADVANCED MEDIA, et al.,
                Defendants.
-----------------------------------------------------------X

## ORDER

A conference will be held on **Thursday, July 1, 2021, at 2:30pm.** Dial-in: 888 363-4749, with access code 8140049.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 21, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021