UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTINA E. LEE,

          Plaintiff,

- against -

MLB ADVANCED MEDIA, L.P. ET AL.,

          Defendant.

21-cv-1719 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the teleconference held today, the plaintiff may file an amended complaint by July 9, 2021. If there is no amended complaint, the defendants may move to dismiss by July 30, 2021. The plaintiff may respond by August 20, 2021, and the defendants will reply by August 31, 2021.

SO ORDERED.

Dated:    New York, New York
           July 1, 2021

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/21