## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

− − − − − − − − − − − − − − − − − − − − − − − − −X

KRISTINA E. LEE                                                          NO. 1:21-CV-01719-JGK

                      Plaintiff,                    :

                      v.                           :

MLB ADVANCED MEDIA L.P. and SAN              :
FRANCISCO GIANTS BASEBALL CLUB,
LLC,

                    Defendants.                   :

− − − − − − − − − − − − − − − − − − − − − − − − −X

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kristina E. Lee hereby

dismisses this action.

July 8, 2021                              Respectfully submitted,

                                     CAREY RODRIGUEZ MILIAN, LLP
                                     1395 Brickell Avenue, Suite 700
                                   Miami, Florida 33131
                                   Telephone: (305) 372-7474
                                   Facsimile: (305) 372-7475

                                   By: <u>*/s/ David P. Milian*</u>
                                   John C. Carey
                                   jcarey@careyrodriguez.com
                                   David P. Milian*
                                   dmilian@careyrodriguez.com
                                   cperez@careyrodriguez.com
                                   Ruben Conitzer*
                                   rconitzer@careyrodriguez.com
                                   ecf@careyrodriguez.com

                                   *Admitted Pro Hac Vice*